UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PATRICK ENGLERT, D/B/A PERFECT HEALTH, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )   Case No. 4:17-cv-00993-AGF<br>) |
| BEAUTY FIT, INC., | )<br>) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Pursuant to the Memorandum and Order issued herein on this day,

**IT IS HEREBY ORDERED** that this case is **DISMISSED without prejudice**.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 9th day of November, 2017.